**Order entered May 27, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00017-CR

## CLYDE EARL TAYLOR, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 203rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F18-75930-P

## ORDER

Before the Court is appellant's May 25, 2021 final motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief, received along with the motion, filed as of the date of this order.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE